UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL ROBERT PITTS, )<br>)<br>Petitioner, )<br>) | CIVIL ACTION NO. |
| VS. )<br>) | 3:05-CV-0612-G |
| NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>)<br>Respondent. ) | **ECF** |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

**SO ORDERED**.

January 3, 2007.

_____
A. JOE FISH
CHIEF JUDGE